# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IVERA MEDICAL CORPORATION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOSPIRA, INC.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 11-CV-1246-H-JMA<br>CASE NO. 12-CV-1582-H-JMA<br><br>**ORDER CONSOLIDATING CASES** |
|---|---|

On February 7, 2013, the Court ordered the parties to show cause why these two actions should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2). (Case No. 12-cv-1582, Doc. No. 27.) On February 25, 2013, Plaintiff Ivera Medical Corporation filed a response in support of consolidating the two actions. (Id., Doc. No. 28.) On March 6, 2013, Defendant Hospira, Inc., filed a response stating that it does not oppose consolidation. (Id., Doc. No. 30.) Thus, neither party opposes consolidation and neither party disputes that these two actions share a common question of law or fact. As such, the Court orders that these actions be consolidated. Fed. R. Civ. P. 42(a). Case No. 11-cv-1246 will be the lead case.

**IT IS SO ORDERED**.

Dated: March 7, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT