# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>　　　Plaintiff-Counterdefendant,<br>vs.<br><br>HOSPIRA, INC.,<br><br>　　　Defendant-Counterplaintiff. | Case Nos.:<br>11-cv-1246-H-RBB<br>12-cv-1582-H-RBB<br><br>**JUDGMENT FOR<br>DEFENDANT HOSPIRA, INC.** |

On June 11, 2014, the Court granted the parties' joint motion for final judgment. (Doc. No. 175.) Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that judgment be and is entered in favor of Defendant Hospira and against Plaintiff Ivera.

**IT IS SO ORDERED.**

DATED: June 11, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT