FAEGRE BAKER DANIELS LLP
David J.F. Gross (SB# 290951)
David.gross@FaegreBD.com
Helen E. Chacon (SB# 293067)
Helen.chacon@FaegreBD.com
1900 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone:  650-324-6700
Facsimile:  650-324-6701
*Attorneys for Plaintiff Ivera Medical Corp.*

PESTOTNIK LLP
Timothy R. Pestotnik, (SB# 128919)
tim@pestotnik.com
Russell F. Winslow, (SB# 245031)
russ@pestotnik.com
501 W. Broadway, Suite 1025
San Diego, California 92101
Telephone: 619-237-5080
Facsimile: 619-342-8020
*Attorneys for Defendant Hospira, Inc.*

X-PATENTS, APC
Jonathan Hangartner, No. 196268
5670 La Jolla Blvd.
La Jolla, CA  92037
Telephone:  858-454-4313
Facsimile:   858-454-4314
jon@x-patents.com
*Attorney for Plaintiffs Ivera Medical Corp.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION, <br><br> Plaintiff and Counterclaim-Defendant <br><br> v. <br><br> HOSPIRA, INC. <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 12-cv-1582 H (RBB) <br><br> **JOINT MOTION SEEKING DISMISSAL OF ACTION** <br><br> Judge: Marilyn L. Huff <br> Courtroom 15A |

1   Plaintiff and Counterclaim-Defendant Ivera Medical Corporation and
2  Defendant and Counterclaim-Plaintiff Hospira, Inc. hereby jointly move this Court
3  for an order dismissing this action with prejudice, including any and all claims and
4  counterclaims asserted herein.  Each party shall bear its own costs and attorneys'
5  fees.

Dated: September 25, 2015

| */s/ David J.F. Gross* | */s/ Timothy R. Pestotnik* |
|---|---|
| FAEGRE BAKER DANIELS LLP | PESTOTNIK LLP |
| David J.F. Gross (SB# 290951) | Timothy R. Pestotnik, (SB# 128919) |
| David.gross@FaegreBD.com | tim@pestotnik.com |
| Helen E. Chacon (SB# 293067) | Russell F. Winslow, (SB# 245031) |
| Helen.chacon@FaegreBD.com | russ@pestotnik.com |
| 1900 University Avenue, Suite 450 | 501 W. Broadway, Suite 1025 |
| East Palo Alto, CA 94303 | San Diego, California 92101 |
| Telephone:  650-324-6700 | Telephone: 619-237-5080 |
| Facsimile:  650-324-6701 | Facsimile: 619-342-8020 |
| *Attorneys for Ivera Medical Corp.* | *Attorneys for Hospira, Inc.* |

X-PATENTS, APC
Jonathan Hangartner, No. 196268
5670 La Jolla Blvd.
La Jolla, CA  92037
Telephone:  858-454-4313
Facsimile:   858-454-4314
jon@x-patents.com
*Attorney for Ivera Medical Corp.*

- 2 -

1 **CERTIFICATE OF SERVICE**

2   I hereby certify that on September 25, 2015, I caused the parties' Joint Motion
3 Seeking Dismissal to be served upon all counsel of record who are deemed to have
4 consented to electronic service via the Court's CM/ECF system per Civil Local Rule
5 5.4.

6

7 Dated: September 25, 2015

8                                      */s/ David J.F. Gross*
                                      David J.F. Gross

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28